# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 07, 2024

Bert Stephen Braud
POPHAM LAW FIRM
Suite 100
712 Broadway
Kansas City, MO  64105-0000

RE: 24-2168  Rhonda Burnett, et al v. The National Association of Realtors, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

This case is being consolidated with case number 24-2143 for the purpose of setting a consolidated briefing schedule.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a consolidated briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

AEV

Enclosure(s)

cc: Karl Barth
    Steve Berman
    Boris Bershteyn
    Brandon J.B. Boulware
    Robert A. Braun
    Benjamin Brown
    David R. Buchanan
    Karrie J. Clinkinbeard
    Taylor Leigh Connolly
    William Cravens
    Matthew L. Dameron
    Eric L. Dirks
    Martin G. Durkin Jr.
    Justin M. Ellis
    Benjamin H. Fadler
    William F. Farley
    Bruce C. Fox
    Beatrice Franklin
    Eddie Hasdoo
    Anna P. Hayes
    Andrew J. Horowitz
    Michael S. Ketchmark
    Kenneth M. Kliebard
    David C. Kully
    Jennifer Lada
    Jeff Levee
    Stacey Anne Mahoney
    Scott A. McCreight
    William T. McEnroe
    Dina McKenney
    Andrea S. McMurtry
    Steven F. Molo
    Megan J. Ochs
    Rio Pierce
    Timothy Ray
    Marc M. Seltzer
    Eugene Alexis Sokoloff
    Jeremy Suhr
    Aaron Daniel Van Oort

Kevin P. Wagner
Gayle Wambolt
Kelly Marie Watne
Danne Wayne Webb
Lauren M. Weinstein
Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 4:19-cv-00332-SRB

**Caption For Case Number: 24-2168**

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis

    Plaintiffs - Appellees

v.

The National Association of Realtors; HomeServices of America

    Defendants

Keller Williams Realty, Inc.; Realogy Holdings Corp., now known as Anywhere Real Estate, Inc.

    Defendants - Appellees

BHH Affiliates, LLC; HSF Affiliates, LLC

    Defendants

RE/MAX LLC

    Defendant - Appellee

v.

Spring Way Center, LLC

    Objector - Appellant

**Addresses For Case Participants:   24-2168**

Bert Stephen Braud
POPHAM LAW FIRM
Suite 100
712 Broadway
Kansas City, MO  64105-0000

Karl Barth
HAGENS & BERMAN
Suite 2000
1301 Second Avenue
Seattle, WA  98101

Steve Berman
HAGENS & BERMAN
Suite 2000
1301 Second Avenue
Seattle, WA  98101

Boris Bershteyn
SKADDEN & ARPS
One Manhattan West
New York, NY  10001-8602

Brandon J.B. Boulware
BOULWARE LAW LLC.
Suite 956A
1600 Genessee Street
Kansas City, MO  64102

Robert A. Braun
COHEN & MILSTEIN
West Tower, Suite 500
1100 New York Avenue, N.W.
Washington, DC  20005-3934

Benjamin Brown
COHEN & MILSTEIN
West Tower, Suite 500
1100 New York Avenue, N.W.
Washington, DC  20005-3934

David R. Buchanan
BROWN & JAMES
Suite 2100
2345 Grand Boulevard
Kansas City, MO  64108

Karrie J. Clinkinbeard
ARMSTRONG & TEASDALE
Suite 1500

2345 Grand Boulevard
Kansas City, MO 64108-0000

Taylor Leigh Connolly
BROWN & JAMES
Suite 2100
2345 Grand Boulevard
Kansas City, MO 64108

William Cravens
MORGAN & LEWIS
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541

Matthew L. Dameron
WILLIAMS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO 64105

Eric L. Dirks
WILLIANS & DIRKS
Suite 2600
1100 Main Street
Kansas City, MO 64105

Martin G. Durkin Jr.
HOLLAND & KNIGHT
30th Floor
131 S. Dearborn Street
Chicago, IL 60603-0000

Justin M. Ellis
MOLO & LAMKEN
430 Park Avenue
New York, NY 10022

Benjamin H. Fadler
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS 66211

William F. Farley
HOLLAND & KNIGHT
Suite 2700
150 N. Riverside Plaza
Chicago, IL 60606

Bruce C. Fox
OBERMAYER & REBMANN
Suite 1710

525 William Penn Place
Pittsburgh, PA 15219

Beatrice Franklin
SUSMAN & GODFREY
Floor 50
One Manhattan W.
New York, NY 10001

Eddie Hasdoo
JONES & DAY
Suite 4800
110 N. Wacker Drive
Chicago, IL 60606

Anna P. Hayes
HOLLAND & KNIGHT
Suite 1100
800 17th Street, N.W.
Washington, DC 20006

Andrew J. Horowitz
OBERMAYER & REBMANN
Suite 1710
525 William Penn Place
Pittsburgh, PA 15219

Michael S. Ketchmark
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS 66211

Kenneth M. Kliebard
MORGAN & LEWIS
Suite 2800
110 N. Wacker Drive
Chicago, IL 60606

David C. Kully
HOLLAND & KNIGHT
Suite 1100
800 17th Street, N.W.
Washington, DC 20006

Jennifer Lada
HOLLAND & KNIGHT
31st Floor
787 Seventh Avenue
New York, NY 10019

Jeff Levee

JONES DAY
50th Floor
555 S. Flower Street
Los Angeles, CA  90071

Stacey Anne Mahoney
MORGAN & LEWIS
101 Park Avenue
New York, NY  10178-0000

Scott A. McCreight
KETCHMARK & MCCREIGHT
Suite 210
11161 Overbrook Road
Leawood, KS  66211

William T. McEnroe
MORGAN & LEWIS
2222 Market Street
Philadelphia, PA  19103-3007

Dina McKenney
HOLLAND & KNIGHT
Suite 1500
1722 Routh Street
Dallas, TX  75201

Andrea S. McMurtry
HORN & AYLWARD
Suite 1100
2600 Grand Boulevard
Kansas City, MO  64108-0000

Steven F. Molo
MOLO & LAMKEN
Suite 5350
300 N. LaSalle Street
Chicago, IL  60654

Megan J. Ochs
ARMSTRONG & TEASDALE
Suite 1500
2345 Grand Boulevard
Kansas City, MO  64108-0000

Rio Pierce
HAGENS & BERMAN
Suite 202
715 Hearst Avenue
Berkeley, CA  94710

Timothy Ray

HOLLAND & KNIGHT
Suite 2700
150 N. Riverside Plaza
Chicago, IL 60606

Marc M. Seltzer
CORINBLITT & SHAPERO
Suite 820
3700 Wilshire Boulevard
Los Angeles, CA 90010-0000

Eugene Alexis Sokoloff
MOLO & LAMKEN
Suite 5350
300 N. LaSalle Street
Chicago, IL 60654

Jeremy Suhr
BOULWARE LAW LLC.
Suite 956A
1600 Genessee Street
Kansas City, MO 64102

Aaron Daniel Van Oort
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Kevin P. Wagner
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Gayle Wambolt
Charles Evans Whittaker United States Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2689

Kelly Marie Watne
JONES DAY
50th Floor
555 S. Flower Street
Los Angeles, CA 90071

Danne Wayne Webb
HORN & AYLWARD
Suite 1100
2600 Grand Boulevard
Kansas City, MO 64108-0000

Lauren M. Weinstein
MOLO & LAMKEN
Suite 500
600 New Hampshire Avenue, N.W.
Washington, DC 20037

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO 64106-0000