No. 24-2143

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

RHONDA BURNETT, et al.,
*Plaintiffs-Appellees,*

JAMES MULLIS,
*Objector-Appellant,*

v.

THE NATIONAL ASSOCIATION OF REALTORS, ET AL.,
*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Case No. 19-cv-00332 (SRB), Hon. Stephen R. Bough

## APPELLANT JAMES MULLIS'S NOTICE OF INTENT
## TO FILE A SEPARATE APPENDIX

Pursuant to Eighth Circuit Rule of Appellate Procedure 30(A)(b)(3), Appellant James Mullis notifies the clerk and opposing parties of his intent to file a separate appendix for this appeal.

Dated: June 13, 2024

Respectfully submitted,

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
rewing@koreintillery.com

*Counsel for James Mullis*

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Eighth Circuit by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Randall P. Ewing, Jr.*
Attorney for Appellant James Mullis
