# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 02, 2024

Daniel McArdle Booker
OBERMAYER & REBMANN  **\*\*2ND NOTICE\*\***
Suite 1710
525 William Penn Place
Pittsburgh, PA  15219

RE:  24-2168  Rhonda Burnett, et al v. Spring Way Center, LLC

Dear Counsel:

In reviewing the appendix in the above case, we noted the following deficiency(s). **Please mail or hand-deliver new copies of the appendix within 5 days of the date of this notice.**

**X**\_\_\_\_BINDING of the record down the left-hand side is required. Spiral or tape binding is preferred. \**The binding used did not survive shipping and volumes of the appendix are falling apart.*

**X**\_\_\_\_WHITE COVER PAGE containing the case caption and number is missing. *The copies received have blue cover pages.*

Maureen W. Gornik
Acting Clerk of Court

HAG

cc:  Karl Barth
 Steve Berman
 Boris Bershteyn
 Brandon J.B. Boulware
 Bert Stephen Braud
 Robert Abraham Braun
 Benjamin D. Brown
 David R. Buchanan
 Paul D. Clement
 Karrie J. Clinkinbeard
 Taylor Leigh Connolly
 William Cravens
 Matthew L. Dameron

Eric L. Dirks
Martin G. Durkin Jr.
Justin M. Ellis
Benjamin H. Fadler
William F. Farley
Bruce C. Fox
Beatrice C. Franklin
Eddie Hasdoo
Anna P. Hayes
Andrew J. Horowitz
Michael S. Ketchmark
Kenneth M. Kliebard
David C. Kully
Jennifer Lada
Jeffrey A. Levee
Stacey Anne Mahoney
Scott A. McCreight
William T. McEnroe
Dina McKenney
Andrea S. McMurtry
Steven F. Molo
Megan J. Ochs
Rio Pierce
Timothy Ray
Marc M. Seltzer
Eugene Alexis Sokoloff
Jeremy Suhr
Aaron Daniel Van Oort
Kevin P. Wagner
Kelly Marie Watne
Danne Wayne Webb
Lauren M. Weinstein