# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2143

Rhonda Burnett, et al.

Appellees

v.

The National Association of Realtors and HomeServices of America

Keller Williams Realty, Inc. and Realogy Holdings Corp., now known as Anywhere Real Estate, Inc.

Appellees

BHH Affiliates, LLC and HSF Affiliates, LLC

RE/MAX LLC

Appellee

v.

James Mullis

Appellant

No: 24-2168

Rhonda Burnett, et al.

Appellees

v.

The National Association of Realtors and HomeServices of America

Keller Williams Realty, Inc. and Realogy Holdings Corp., now known as Anywhere Real Estate, Inc.

Appellees

BHH Affiliates, LLC and HSF Affiliates, LLC

RE/MAX LLC

Appellee

v.

Spring Way Center, LLC

Appellant

No: 24-2391

Rhonda Burnett, et al.

Appellees

v.

The National Association of Realtors and HomeServices of America

Keller Williams Realty, Inc. and Realogy Holdings Corp., now known as Anywhere Real Estate, Inc.

Appellees

BHH Affiliates, LLC and HSF Affiliates, LLC

RE/MAX LLC

Appellee

v.

Benny D. Cheatham, et al.

Appellants

------------------------------------------------------------

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

------------------------------------------------------------

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until December 9, 2024, to file their briefs.

October 23, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Maureen W. Gornik